# United States District Court

for the

## Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 21 2005 ★

P.M. _____
TIME A.M. _____

## Petition for Warrant or Summons for Offender Under Supervision

Case Number **CR 98-422 (JG)**

Name of Offender: **Jerome Hartman**

Name of Sentencing Judicial Officer: **The Honorable John Gleeson, U.S. District Judge**

Date of Original Sentence: **October 30, 1998**

Original Offense: **Armed Robbery of a Mail Carrier, 18 U.S.C. 2114(a), a Class B Felony**

Original Sentence: **Sixty-Three Months Custody; Five Years Supervised Release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **July 13, 2004**

Assistant U.S. Attorney: **Scott Morvillo, Esq.**    Defense Attorney: **Michael Padden, Esq.**

## PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Unlawful use of a controlled substance |
| 2. | New criminal offense |

Request for Warrant or Summons for
Offender Under Supervision

U.S. Probation Officer Recommendation:

- ☐ The term of supervision should be
    - ☒ Revoked
    - ☐ Extended for _____ years, for a total term of _____ years.

- ☐ The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

*/s/ Richard S. Koury*
Richard S. Koury
U.S. Probation Officer
Date: October 20, 2005
(347) 534-3524

Approved by:

*/s/ Eileen Kelly*
Eileen Kelly
Deputy Chief U.S. Probation Officer
Date: October 20, 2005

THE COURT ORDERS:
- ☐ No Action
- ☒ The Issuance of a Warrant.
- ☐ The Issuance of a Summons.
- ☐ Other

/S/ HON JOHN GLEESON
Signature of Judicial Officer

10-20-05
Date