PROB 12A
(7/93)

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: **Jerome Hartman**     Case Number: **CR 98-422 (JG)**

Name of Sentencing Judicial Officer: **The Honorable John Gleeson, U.S. District Judge**

Date of Original Sentence: **October 30, 1998**

Original Offense: **Armed Robbery of a Mail Carrier, 18 U.S.C. 2114(a), a Class B Felony**

Original Sentence: **Sixty-Three Months Custody; Five Years Supervised Release. Sentenced at a Violation of Supervised Release Hearing on January 12, 2006, to One Day Custody and Supervised Release Until July 12, 2008; Five Months Electric Monitoring.**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **July 13, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Unlawful Use of a Controlled Substance |

U.S. Probation Officer Action:

As background, on March 6, 2006, our office notified the Court of the offender's recent marijuana use. Your Honor concurred with our recommendation to take no action, as he would be referred for substance abuse treatment to supplement the mental health program he was already enrolled in. Based upon the offender's unsuccessful discharge from a previous treatment program, and in consultation with his mental health counselor, our office opted to increase the number of sessions per week he is to attend.

The offender appears to have responded favorably to increased counseling, and subsequent urine tests returned negative. However, on May 15, 2006, he submitted a urine sample which tested positive for the presence of marijuana. When confronted with the test result, he admitted it was accurate and that he had used marijuana prior to being tested. The undersigned officer directed the offender to refrain from any additional drug use. Additionally, he reported for a three-way conference with a Supervising U.S. Probation Officer to discuss his drug use and overall supervision progress (he has completed four months of the electronic monitoring sentence imposed at his previous Violation of Supervised Release Hearing). At this time, we respectfully request no further action be taken. Should the offender continue to use illicit drugs or fail to comply with the treatment requirements, we will immediately notify Your Honor with a further recommendation.

Respectfully submitted:

by
Richard S. Koury
U.S. Probation Officer

Anthony Castellano
Supervising U.S. Probation Officer
Date: May 31, 2006

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Take no further action
[ ] Submit a Request for Warrant or Summons
[ ] Other

s/John Gleeson
Signature of Judicial Officer
6-6-06